# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD OKUROWSKI

NO. 2019 KW 0816

**SEP 17 2019**

---

In Re:    Richard Okurowski, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 1439-18.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED AS MOOT.** The records of the office of the Clerk of Court of Iberville Parish show that the district court acted on relator's writ of habeas corpus/motion for speedy trial on July 11, 2019.

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT